## Lonnie SIKES v. STATE.
### No. 17338.

Court of Criminal Appeals of Texas.
Nov. 21, 1934.

O. F. Watkins and L. B. Aultman, both of Mexia, and F. B. Kimbell, of Groesbeck, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of murder, and his punishment assessed at confinement in the state penitentiary for a term of twenty years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Dave SIMPSON v. STATE.
### No. 17273.

Court of Criminal Appeals of Texas.
Nov. 28, 1934.

J. E. Atcheson, of Crowell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for operating an automobile upon a public highway while under the influence of intoxicating liquor; punishment, four months in the county jail.

We find with the record an affidavit in due form asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.

## Jeff STAPLES v. STATE.
### No. 17344.

Court of Criminal Appeals of Texas.
Nov. 21, 1934.

S. F. Hill, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.